# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSH TOWBIN, | |
| Plaintiff(s), | 2:08-cv-1719-RLH-PAL |
| vs. | **O R D E R** |
| EMPIRE SUZUKI, *et al.*, | |
| Defendant(s). | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#37, filed February 19, 2010), entered by the Honorable Peggy A. Leen, regarding Plaintiff's Motion for Sanctions re: Discovery (#34, filed November 12, 2009), and the Court's Order to Show Cause (#36, issued December 22, 2009). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#37, entered February 19, 2010) is ACCEPTED and ADOPTED, Plaintiff's Motion for Sanctions is granted and Defendants' pleadings are stricken and judgment entered on behalf of Plaintiff as follows:

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff take judgment against Defendants Empire Suzuki and Tom Georgalis, and each of them, as follows:

1. As and for payment for work performed: $281,500
   Plus interest as provided by NRS 99.040

2. As and for attorneys' fees in the amount of $21,263.50

3. And costs as provided by law.

Dated: March 25, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**

2